UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj8453 |
| | ) | |
| vs. | ) | ORDER |
| | ) | Remanding ~~RELEASING~~ MATERIAL WITNESS |
| Hector Miguel Perez Rodriguez | ) | to USMS custody |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be remanded back to USMS ~~released from~~ custody: *Exonerated* (Bond ~~Posted~~ / ~~Case Disposed~~ / ~~Order of Court~~).

Jose Luis Cortez Perez

DATED: 6-17-08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by J. Flores
Deputy Clerk