AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

JUN 19 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MIGUEL RODRIGUEZ-RODRIGUEZ<br>aka Hector Miguel Perez-Rodriguez | CASE NUMBER: 08 - Cr. 2075 W |

I, MIGUEL RODRIGUEZ-RODRIGUEZ, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on  6-19-08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Hector Miguel Perez Rodriguez_
Defendant

_Mary C. Franklin_
Defense Counsel

Before _____
       Judicial Officer